FILED ✓ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 7 2009

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

1  Shawn Talbot Rice
2  PO Box 700#81
3  Yavapai county
4  Ash Fork 86320
5  Arizona
6  In Propria Persona
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEVADA
11

UNITED STATES OF AMERICA,          )
        Plaintiff,                 )   Case No.: 2:09-CR-078 – JCM-RJJ
        vs.                        )
SAMUEL DAVIS and                   )   **NOTICE AND DEMAND TO REINSTATE**
SHAWN RICE,                        )   **PREVIOUSLY STRICKEN DOCUMENTS**
                                   )
        Defendants.                )
SHAWN RICE,                        )
        Counter-Plaintiff/Claimant,)
        vs.                        )
UNITED STATES OF AMERICA,          )
INTERNATIONAL MONETARY FUND        )
(I.M.F.) A/K/A THE FUND, FEDERAL   )
BUREAU OF INVESTIGATION, and THEIR )
PRINCIPAL,                         )
        Counter-defendants/Libelants,)
Shawn Rice, Real Party in Interest, Third Party )
Intervener, Protected Creditor to Plaintiff by )
revesting title, Sovereign without subjects,   )
Protected Creditor pursuant to UCC 8, Trust    )
Interest Holder, and Beneficial Owner of the   )
Estate by Statute Merchant, and a Title 18     )
Section 245 Federally Protected Legal &        )
Lawful Municipality.                           )
                                   )

12  _____

13      Real Party in Interest (RPII) appears specially and not generally and NOTICES THE

14  COURT that RPII was forced at gun point to physically appear at the initial arraignment and at

15  subsequent hearings. RPII noticed court "Judge" at the arraignment that he would not submit to a

16  public defender. Administrative Law Judge (aka Magistrate) Johnson struck all documents filed

091003 -- [Notice and Demand to Reinstate previously stricken documents 091005], Page 1 of 3

1  by RPII on the grounds that RPII had a public defender. Subsequently, Magistrate Johnson

2  admitted in open court at the Faretta Hearing that he was in error. Therefore, all documents filed

3  by RPII were properly filed and should be reinstated. Further, RPII demands that Court Clerk

4  change the PACER records to indicate and demonstrate that RPII has, had and never intended to

5  have a public defender representative and that the due process rights of RPII were egregiously

6  violated therein.

7  RESPECTFULLY SUBMITTED this 5K day of October, 2009.

8

9  _Shawn Talbot Rice_

10  Shawn Talbot Rice, Real Party in Interest,
11  Third Party Intervener, Protected Creditor to
12  Plaintiff by revesting title, Sovereign without
13  subjects, Protected Creditor pursuant to UCC 8,
14  Trust Interest Holder, and Beneficial Owner
15  of the Estate by Statute Merchant, and a Title 18
16  Section 245 Federally Protected Legal & Lawful Municipality.
17

18
19
20

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered, this _5th_ day of _October_____, 2009, to:

Assistant U. S. Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

_____    _____


Service performed by:

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona