```
Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona
In Propria Persona
```

```
✓ FILED        ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

        OCT - 7 2009

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
                              DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br>　　Defendants. | Case No.: 2:09-CR-078 – JCM-RJJ<br><br>**PETITION TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS AND RELEASE REAL PARTY IN INTEREST/THIRD PARTY INTERVENER FROM ALL LIABILITY** |
| SHAWN RICE,<br>　　Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND (I.M.F.) A/K/A THE FUND, FEDERAL BUREAU OF INVESTIGATION, and THEIR PRINCIPAL,<br>　　Counter-defendants/Libelants, | **AND**<br>**REPLEVIN**<br>**AND**<br>**MANDATORY JUDICIAL NOTICE OF 28 USC 2041** |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality. | |

Real Party in Interest (RPII) appears specially and not generally and petitions, in the nature of a motion, having already tendered (see attached) both a Money Order in the amount of $7,853,100.00 Miller Act Penal sum and bond(s) to supersede all previous bonds, hereby petitions the court to setoff and retire all previous bonds (Appearance, Bid, Payment,

Performance, etc.), and turnover any and all claims to Shawn Talbot Rice, appearing specially, separate and apart from the trust known as SHAWN TALBOT RICE, in capacity as Real Party in Interest and Third Party Intervenor/Creditor, for the specific act of tendering the Supersedeas Bonded Promissory Note and Private Offset Bond for case number 2:09-CR-078.

If amount of Money Order and the bonds tendered by Real Party in Interest/Third Party Intervenor, entered into evidence, exceed existing alleged penal sum ($7,853,100.00 as stated in open court by Magistrate Johnson at the Faretta Hearing on a Tuesday in July, 2009) or total gross invoice of charges then Real Party in Interest/Third Party Intervenor demands turnover of case to Real Party in Interest/Third Party Intervenor.

In the event that tendered bonds do not exceed the penal sum charged then Real Party in Interest/Third Party Intervenor requests to know the existing penal sum in the admiralty, special maritime jurisdiction so that supersedeas bonds may be filed in accord with FAR -- Part 28, Bonds and Insurance.

### REPLEVIN

RPII petitions the court to return all property taken or transferred from RPII or Counter-Plaintiff/Claimant by Counter-Defendants/Libellants back to RPII (and Counter-Plaintiff/Claimant) be it passports, briefcase, electronics, papers, documents, photographs, bailment, Bills of Exchange, eye glasses, etc.

### MANDATORY JUDICIAL NOTICE OF 28 USC 2041

Title 28 United States Code, Chapter 129-MONEYS PAID INTO COURT, Section 2041 states,

> "Deposit of moneys in pending or adjudicated cases. All moneys paid into any court of the United States, or received by the officers thereof, in any case pending or adjudicated in such court, shall be forthwith deposited with the Treasurer of the United States or a designated depository, in the name and to the credit of such court.

    This section shall not prevent the delivery of any such money to the rightful owners upon security, according to agreement of parties, under the direction of the court."

RESPECTFULLY SUBMITTED this 5th October ~~September~~, 2009.

*/s/ Shawn Talbot Rice*

Shawn Talbot Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality.

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This 5th day of October, 2009, to:

Assistant U. S. Attorney Eric Johnson
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: 702-388-6336
Fax: 702-388-5087

_[signature]_

Service performed by:



DEBRA J. WATSON
Notary Public - Arizona
Yavapai County
My Commission Expires
November 4, 2012

Shawn Talbot Rice
PO Box 700#81
Yavapai county
Ash Fork 86320
Arizona

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>SAMUEL DAVIS and<br>SHAWN RICE,<br>    Defendants. | Case No.: 2:09-CR-078<br><br>**ORDER TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS AND RELEASE REAL PARTY IN INTEREST FROM ANY FURTHER LIABILITY** |
| SHAWN RICE,<br>    Counter-Plaintiff/Claimant,<br>vs.<br>UNITED STATES OF AMERICA,<br>INTERNATIONAL MONETARY FUND (I.M.F.)<br>A/K/A THE FUND, FEDERAL BUREAU OF<br>INVESTIGATION, and THEIR PRINCIPAL,<br>    Counter-defendants/Libelants, | |
| Shawn Rice, Real Party in Interest, Third Party Intervener, Protected Creditor to Plaintiff by revesting title, Sovereign without subjects, Protected Creditor pursuant to UCC 8, Trust Interest Holder, and Beneficial Owner of the Estate by Statute Merchant, and a Title 18 Section 245 Federally Protected Legal & Lawful Municipality. | |

The Court having read and considered Real Party in Interest (RPII) PETITION TO SUPERSEDE AND RETIRE ALL PREVIOUS BONDS AND RELEASE REAL PARTY IN INTEREST/THIRD PARTY INTERVENER FROM ALL LIABILITY AND REPLEVIN, 28 USC 2041, and tender of instruments in the amount of $7,853,100 and being fully advised in the premises and good cause appearing therefore; and

IT IS HEREBY ORDERED that RPII financial instruments (M.O. and bonds) shall supersede all other bonds in the case 2:09-CR-078; and

IT IS HEREBY ORDERED that RPII, Shawn Talbot Rice, the man, is hereby ordered released from any further liability; and

IT IS HEREBY ORDERED that all property taken from RPII (passport, briefcase, bailment, etc.) shall be returned to RPII, Shawn Talbot Rice; and

IT IS HEREBY ORDERED that the original wet ink signature of this order shall be released to Shawn Talbot Rice.

                DONE IN OPEN COURT this _____, 2009.

_____
                Judge

$15,706,200.00

A Security (15 USC)
USSEC Tracer Flag
Not a Point of Law
No. STR-092009-23
RB100772841US

# PRIVATE OFFSET BOND
USPS CERTIFIED MAIL TRACKING NO. 7007 2560 0000 8014 7063

Face Value: $15,706,200.00  
(Fifteen Million Seven Hundred Six Thousand  
Two Hundred Dollars and 00/100 cents)

Date of Issuance: September 25, 2009  
Date of Expiration: September 24, 2019

| | | |
|---|---|---|
| To: Timothy F. Geithner, hereinafter "Fiduciary" | To: **Lawrence R. Leavitt, Judge and Lance S. Wilson, Financial Services/Clerk of Court** | |
| Secretary of the U.S. Treasury | United States District Court, 333 Las Vegas Blvd. South | hereinafter |
| United States Department of the Treasury | Las Vegas, Nevada 89101 | successor surety |
| 1500 Pennsylvania Avenue, NW | CASE # 2:09-CR-078 | |
| Washington, DC 2022 | UCC-1 Document Number: 22442700003  CA UCC-1 | 9/25/2009 |
| | UCC-1 Filing Number: 09-72092805 | 9/25/2009 |
| For: United States Department of the Treasury | **Fifty percent (50%) of face value** | |
| For: SHAWN TALBOT RICE | **Up to fifty percent (50%) of face value** | |

For Offset Through:   Private Discharging & Indemnity Bond No. **RR567921680US** received on or about August 27, 2007 by M. Middleton and/or **RR567921251US** on file with Department of the Treasury - USPS Registered Mail Tracking No.: **RR567921680US** and **RR567921251US** Shawn Talbot Rice, Secured Creditor - Set-off Account No. 573531255.

*KNOW ALL MEN BY THESE PRESENTS,* WHEREAS, only fiat money exists in circulation for the Set-off, discharge, extinguishment of debt:

WHEREAS the undersigned Creditor does hereby declare, bind, hold, and oblige through this Private Offset Bond that one-half (fifty percent) of the above-noted Face Value of this Private Offset Bond shall be instantly ledgered by the Fiduciary to the benefit and use of the United States Department of the Treasury for a period of Ten (10) years through the Date of Expiration above-noted.

WHEREAS the Creditor desiring to engage and maintain honorable commercial transactions does hereby declare, bind, hold, and oblige through this Private Offset Bond that all obligations and instruments of debt including but not limited to clerk of court, financial services division or court ordered Judgment for debts, debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, attorney fees, interest, bills, true bills, taxes, obligations of contract and/or performance, and all other obligations (jointly and severally "Liabilities") attributed to the Creditor, the Creditor's collateral, in particular SHAWN TALBOT RICE, a/k/a SHAWN T. RICE, SHAWN RICE, *et al* alphabetical derivatives "Collateral" or any other party for whom the Creditor makes this Private Offset Bond available by his signature or seal, whether such instruments be express, implied, commercial, negotiable or non-negotiable, **shall upon presentment to the Fiduciary or agent(s) thereof be (i) ledgered against this Private Offset Bond by the above-named Fiduciary** when such instruments of obligation are duly authorized by the Creditor through signature, seal or contract, express or implied and this Private Offset Bond is referenced by the Creditor for such ledgering by name or number and **(ii) duly lawfully and fully paid, satisfied, offset and discharged** dollar for dollar through the Creditor's Private Offset Account Number 573531255 as authorized herein in any amount up to and including one-half (fifty percent) of the above-noted Face Value of this Bond.

NOW, THEREFORE, the Creditor for the purpose of lawful commerce, does hereby necessarily issue this Private Offset Bond to Timothy F. Geithner in his capacity as Secretary of the United States Treasury and **Lawrence R. Leavitt, Judge and Lance S. Wilson, Financial Services/Court Clerk** for the benefit of SHAWN TALBOT RICE (revested trust entity) in the amount above-noted. The Fiduciary shall have thirty (30) days from presentment to dishonor the Bond by returning same to the Principal by certified mail at the location below-noted. Failure to return will stipulate the Fiduciary's acceptance and honor.

## BOND ORDER

1. **The Fiduciary shall instantly ledger the sum certain of one half (fifty percent) of the above-noted Face Value of this Private Offset Bond to the benefit and use of the United States Department of the Treasury for a period of Ten (10) years from the Date of Issuance through the Date of Expiration of this Bond.**
2. The Fiduciary shall ledger dollar for dollar against this Private Offset Bond by end of business on the day of presentment or the next business day if presentment is made on a non-business day, any and all liabilities whether attributed to, or on behalf of, the Creditor, the Creditor's Collateral or any other party for which Creditor makes this Private Offset Bond available by his signature and/or seal on the instrument of obligation or otherwise gives notice to pay, satisfy or discharge the obligation regardless of the form of the instrument of obligation, whether the instrument of obligation is commercial, negotiable, non-negotiable, express or implied, through the Creditor's Private Offset Account, Pass-through Account SHAWN TALBOT RICE 573531255 (revested trust), as authorized herein in any amount or cumulative amounts up to and including one half (fifty percent) of the above-noted Face Value of this Private Offset Bond.
3. Upon presentment of such instrument of obligation, the Fiduciary shall pay, discharge and satisfy the obligation in full dollar for dollar through the Creditor's Private Offset Account (revested trust), Pass-through Account SHAWN TALBOT RICE 573531255 in any amount or cumulative amounts up to and including one half (fifty percent) of the above-noted Face Value of this Private Offset Bond.
4. The Fiduciary shall have thirty (30) days from the Date of Delivery specified on United States Postal Service Form No. 3811 to dishonor this Bond by returning it to the Principal with all associated transactions annexed thereto by United States Certified Mail at the mailing location identified hereunder. The Fiduciary's or successor surety's failure to return the Bond as indicated will stipulate the Fiduciary's acceptance and honoring of this instrument and all terms and provisions herein as an operation of law.
5. All communication shall be sent by United States Certified Mail to the Principal at the location noted hereunder exactly as shown. Service in any other manner will be defective. The Principal will accept post at the said postal location only.
6. This Bond shall be ledgered as an asset to the benefit and use of the United States Department of the Treasury for the intended beneficiary SHAWN TALBOT RICE. This is remedy for failure of USAG to turn over trust res and reduce to possession after revesting title.
7. This Bond expires at 11:59:59 PM, September 25, 2019.  
   Witness my hand and seal on this 24th day of September, 2009.

*Shawn-Talbot: Rice*

Shawn-Talbot: Rice, Creditor Offset Account, Pass-through Account SHAWN TALBOT RICE 573531255 (revested trust entity).  
c/o: SIMPE, PO Box 700#81, Ash Fork, Arizona state, non-domestic without the United States.

Start of Page 1 of 2 pages

# SUPERSEDEAS BOND

Bond No.: STR-092009-24
Original Post Registration Number: RB 146 587 523 US   ISSUE DATE: September 24, 2009
Issue value $100 with Maturity Value $7,853,100 ten days after issuance for OID.   EXPIRATION DATE: September 25, 2039

TO: Timothy F. Geithner, Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY and **Lawrence R. Leavitt**, Judge/First Fiduciary Trustee, **Lance S. Wilson**, Clerk of Court Fiduciary Trustee, **Eric Johnson**, Assistant US Attorney Fiduciary Trustee

FOR: PRIVATE DISCHARGING AND INDEMNITY BOND STR-072007-2 Tracking Number RR 567 921 680 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., on or about July 27, 2007, PRIVATE DISCHARGING AND INDEMNITY BOND STR-072007-7 Tracking Number RR 567 921 296 US, held by the Holder in Due Course Mr. Henry M. Paulson, Jr., on or about October 22, 2007, PRIVATE DISCHARGING AND INDEMNITY BOND STR-072007-8 Tracking Number RR 567 921 305 US, held by the Holder in Due Course Mt. Henry M. Paulson, Jr., on or about October 26, 2007, Private Offset Bond STR-092009-24 and FOR CASE NUMBER 2:09-CR-078 **within the UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**.

IN THE AMOUNT OF: SEVEN MILLION EIGHT HUNDRED FIFTY THREE THOUSAND ONE HUNDRED [United] States Dollars ($7,853,100.00)

BY, ON/THROUGH:
Principal: Shawn-Talbot: Rice              Private Offset Account #: **575531255**
Surety Number One: Thomas-Bradford: Schaults    Private Offset Account #: **336466345**
Surety Number Two: Clayton-Thomas: Utterback    Private Offset Account #: **572739423**

No lawful money of account exists and only Fiat Money exists in circulation for the discharge or offset of debt. Therefore, in order to protect secured interests, to reserve the right of remedy, recourse and subrogation, and in order to maintain the honor of the named PRIVATE DISCHARGING AND INDEMNITY BONDS, i.e., Original Post Registration Number(s) (OPRN) RR 567 921 680 US, RR 567 921 296 US, and RR 567 921 305 US together with that of the Account, we, the undersigned, hereby issue this SUPERSEDEAS BOND out of necessity.

Now Therefore, we, Shawn-Talbot: Rice as Principal and Thomas-Bradford: Schaults and Clayton-Thomas: Utterback as Surety, being creditors, Sui Juris, of sound mind, standing in honor and with honorable intent, with full knowledge and full disclosure, do hereby hold, bind and obligate ourselves individually, and cooperatively, jointly and severally, as voluntary Sureties for PDB Number(s): STR-072007-2, STR-072007-7, STR-072007-8, STR-072007-26, all executed through pass-through account SHAWN T. RICE, RB 100 772 841 US-575531255, THOMAS B. SCHAULTS 32646345, CLAYTON T. UTTERBACK 572739423, for any amount up to and including **Seven Million Eight Hundred Fifty Three Thousand One Hundred United States Dollars ($7,853,100.00)**, for the honorable purposes through this SUPERSEDEAS BOND, Original Post Registration Number (OPRN) **RB 146 587 523 US** of underwriting, insuring, and indemnifying the aforestated Account Holder and Account against any and all pre-existing, current, and future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist, through or by discharging and/or offsetting, dollar for dollar, any and all such obligations fully and completely, thereby, restoring and maintaining the honorable standing of the Account Holder and the Account through our Private Offset Account(s).

Timothy F. Geithner, Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY shall have **Ten Days (10)** days from the date of service of this SUPERSEDEAS BOND, as witnessed by the date of receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning same in the original to the Principal at the stipulated mailing address given in the BOND ORDER, by USPS, Certified Mail. Failure to return this Bond as stated shall constitute acceptance and honor by Timothy F. Geithner, Secretary of the United States Treasury and the UNITED STATES DEPARTMENT OF THE TREASURY of this SUPERSEDEAS BOND, OPRN **RB 146 587 523 US**, together with all the associated transactions, in accordance with the Law.

This SUPERSEDEAS BOND, OPRN **RB 146 587 523 US** shall be ledgered by the UNITED STATES DEPARTMENT OF THE TREASURY as an asset as best suits the needs of the UNITED STATES DEPARTMENT OF THE TREASURY for a period of thirty (30) years. This SUPERSEDEAS BOND, OPRN **RB 146 587 523 US**, shall expire at the end of the business day, September 25, 2039.

Initials, Surety #2   _CTU_      Initials, Surety #1   _[signature]_     Initials, Principal   _STr_

End of Page 1 of 2 pages

Start of Page 2 of 2 pages

# BOND ORDER
## SUPERSEDEAS BOND

BOND NUMBER STR-092009-24 for CASE NUMBER 2:09-CR-078 within the
UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
Original Post Registration Number (OPRN) **RB 146 587 523 US**

The Maker, Issuer and Principal of this SUPERSEDEAS BOND, OPRN **RB 146 587 523 US**, respectfully, issues the following bond orders pertaining to said Bond and the execution of its purposes:

1.) Timothy F. Geithner, Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY, shall discharge and or setoff all pre-existing and current and future pre-existing, current, and future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist, for the Account Holder Shawn-Talbot: Rice as Principal and SHAWN T. RICE for SOCIAL SECURITY TRUST ACCOUNT NUMBER, **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** (previously revested title), Dollar for Dollar, jointly and severally, for any amount up to and including **Seven Million Eight Hundred Fifty Three Thousand One Hundred United States Dollars ($7,853,100.00)**, through Account Holder's Private Offset Account, thus restoring the honor of the Account Holder and the Account.

2.) Account Holder Shawn-Talbot: Rice, as Principal and SHAWN T. RICE, and SOCIAL SECURITY TRUST ACCOUNT NUMBER, **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** shall each be insured, underwritten, and indemnified, jointly and severally, for any amount up to and including **Seven Million Eight Hundred Fifty Three Thousand One Hundred United States Dollars ($7,853,100.00)**, in United States Dollars, against any and all future loss, cost, debt, tax, levy, encumbrance, deficit, deficiency, lien, judgment, true bill, criminal debt, indictment fine, restitution, charge, negligence, default, violation, penal debt, breach of contract, obligation of contract, obligations of performance, warrant, and any other obligation or bill as may exist, or come to exist for the Account Holder, as Principal and SHAWN T. RICE, for SOCIAL SECURITY TRUST ACCOUNT NUMBER, **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**, Dollar for through Account Holder's Private Offset Account, thus restoring the honor of the Account Holder and the Account.

3.) Timothy F. Geithner, Secretary of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY shall have Ten days (10) days from the date of service of this SUPERSEDEAS BOND, OPRN **RB 146 587 523 US** as witnessed by the date of receipt affixed to the USPS Domestic Return Receipt, to dishonor this Bond by returning same in the original to the Principal at the stipulated mailing address by USPS, Certified Mail. Failure to return this Bond as stated shall constitute acceptance and honor by Timothy F. Geithner, Secretary of the United States Treasury and the UNITED STATES DEPARTMENT OF THE TREASURY of this SUPERSEDEAS BOND, OPRN **RB 146 587 523 US**, together with all the associated transactions, in accordance with the Law.

4.) This SUPERSEDEAS BOND, OPRN **RB 146 587 523 US** shall be ledgered by the UNITED STATES DEPARTMENT OF THE TREASURY as an asset as best suits the needs of the UNITED STATES DEPARTMENT OF THE TREASURY for a period of thirty (30) years. This SUPERSEDEAS BOND, OPRN **RB 146 587 523 US** shall expire at the end of the business day, September 25, 2039.

The Principal's stipulated postal location mailing address is:

Shawn-Talbot: Rice, Real Party in Interest Creditor
c/o Elizabeth May, Agent
168 West Lewis/PO Box 700581
Ash Fork, Arizona State [86320]
Non-domestic without the US

We, Shawn-Talbot: Rice as Principal and Thomas-Bradford: Schaults and Clayton-Thomas: Utterback as Signatories, do execute this SUPERSEDEAS BOND, # STR-092009-24 with Original Post Registration Number **RB 146 587 523 US**, and do hereby affix our initial(s), seal(s), and signature(s) thereto on this 24th, Day of September, in the year of our Lord Two Thousand Nine.

/s/ Shawn-Talbot Rice D. Ad-c-Rec
Principal, Shawn-Talbot: Rice
Seal, Principal
Right Thumbprint

/s/ Thomas-Bradford: Schaults
Seal, Surety #1
Right Thumbprint

Surety #1, Thomas-Bradford: Schaults
Attorney-in-Fact

**136466345**
Surety #1, Private Offset Account Number

/s/ Rabbi Shawn [illegible]
Surety
Utterback

**57279423**
Surety #2, Private Offset Account Number

## Statement of Witnesses

We, Roberta-Jane Page and Charles Brown, do solemnly attest that we did in fact see Shawn-Talbot: Rice, Principal, and Thomas-Bradford: Schaults, and Clayton-Thomas: Utterback via his Attorney-in-Fact, each of which are know to us personally, initial, seal and sign this SUPERSEDEAS BOND, # STR-092009-24, Original Post Registration Number **RB 146 587 523 US**, together with the BOND ORDER on this the 24th day of September, in the year of our Lord Two Thousand Nine.

/s/ Roberta-Jane Page
Roberta-Jane Page

Living Location:
c/o 4848 East Cactus Road, Suite 505-201
near Scottsdale, Arizona state
Non-domestic without the US

/s/ Charles Brown
Charles Brown

Living Location:
c/o 4848 East Cactus Road, Suite 505-201
near Scottsdale, Arizona state
Non-domestic without the US

**57353255**
Principal, Private Offset Account Number

End of Page 2 of 2 pages

SECRETARY OF STATE
STATE OF CALIFORNIA

# UCC Amendment Acknowledgement

09/25/2009

Page 1 of 1

RICE SHAWN TALBOT
PO BOX 7000#81
168 WEST LEWIS
ASH FORK AZ 86320

Filing Fee: $5.00

Total Fee: **$5.00**

The California Secretary of State's Office has received and filed your document. The information stated below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Amendment Type: **Assignment**            File Date: **09/25/2009**    File Time: **19:57**

Amendment Filing #: **09-72092805**

Original Filing Number: **07-7130840404**        Lapse Date: **N/A**

Secured Party(ies):
INDIVIDUAL                **GEITHNER, TIMOTHY, F,**
                          **1500 PENNSYLVANIA AVE., NW WASHINGTON DC USA 20220**
ORGANIZATION              **UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA**
                          **333 LAS VEGAS BLVD SOUTH LAS VEGAS NV USA 89101**

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC ARTICLE 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

UNIFORM COMMERCIAL CODE 1500 11TH STREET, 2ND FL. · SACRAMENTO, CA 95814 · PO BOX 942835 · SACRAMENTO, CA 94235-0001 · (916) 653-3516 · HTTPS://UCCCONNECT.SOS.CA.GOV

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SHAWN RICE
217-853-5726

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
SHAWN TALBOT RICE
PO BOX 7000#81
168 WEST LEWIS
ASH FORK, AZ 86320
USA

DOCUMENT NUMBER: 22442700003
FILING NUMBER: 09-72092805
FILING DATE: 09/25/2009 19:57
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
07-7130840404

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME
UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS: 333 LAS VEGAS BLVD SOUTH | CITY: LAS VEGAS | STATE: NV | POSTAL CODE: 89101- | COUNTRY: USA

7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

UCC 3 Assignment of Collateral Statement

This UCC 3 Financing Statement Amendment is Secured Party Creditor Notice of partial release of lien and full assignment of collateral from original Financing Statement No. 07-7130840404, etc. California State dated September 27, 2007, and 2000-139-0196, dated May 18, 2007, Washington state, for Supersedeas (Setoff) Bond RB 146 587 523 US, in the amount of Seven Million Eight Hundred Fifty Three Thousand One Hundred United States Dollars and No Cents [$] 7,853,100.00 USD, (Miller Act Penal Sum) payable as described in the Instrument for valuable consideration in the matter of case number 2:09-CR-078.

The want of consideration for the pledge and by the redemption of the pledge under Public Resolution HJR-192 of June 5, 1933, Public

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

a. ORGANIZATION'S NAME
OR
b. INDIVIDUAL'S LAST NAME: Rice | FIRST NAME: Shawn | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | | |
|---|---|---|---|
| 07-7130840404 | | | |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | | |
|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | |
| OR 12b. INDIVIDUAL'S LAST NAME<br>Rice | FIRST NAME<br>Shawn | MIDDLE NAME, SUFFIX | DOCUMENT NUMBER: 22442700003<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**13. Use this space for additional information**

Law 93-10, UCC 10-104 involves the Full Faith and Credit provision by the people, which out of necessity, demand liquidity for public and private obligations to maintain financial peace and tranquility for the United States Government, needful buildings, courts, agents, actors, trustees and others who require services both public and private.

SHAWN TALBOT RICE

TO: Timothy F. Geithner, U.S. Trustee
c/o: U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

TO: Lawrence R. Leavitt, Judge and Lance S. Wilson, Financial Services/Clerk of Court
c/o: 333 Las Vegas Blvd. South
Las Vegas, Nevada 89101

Beneficiary: SHAWN TALBOT RICE

INSTRUCTIONS:
Process EFT (Electronic Fund Transfer) NCI (Non-cash item, 26 C.F.R. Sect. 1.985-1) 12 U.S.C. Sect. 4001(14), UCC 3-104, 4-106, 4-110, UCC 10-104, 3-415, 1-308, California Commercial Code Sect 1308

Adjusting of this commercial transaction is authorized by Public Policy HJR 192, Public Law 73-10, Title 50 U.S.C. Sect 1701 through 1706 International Economic Emergency Powers Act, 46 U.S.C. Appendix 781 through 790, UCC 10-104, 3-415, C.C.C. 1207, all rights reserved and remedies in commerce invoked by secured creditor Shawn-Talbot: Rice security agreement as filed 13951200002 and 07-7127486294 filed August 29, 2007

Washington State 2000-139-0196, 2002-227-2322-4 with search number 2002-227-7785-2S

**FILING OFFICE COPY**

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 15. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 07-7130840404 |

16. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 16a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| Rice | Shawn | |

17 MISCELLANEOUS

DOCUMENT NUMBER: 22442700003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (17a or 17b) - do not abbreviate or combine names

| 17a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 17c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 17d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 17e. TYPE OF ORGANIZATION | 17f. JURISDICTION OF ORGANIZATION | 17g. ORGANIZATIONAL ID#, if any  ☐ NONE |

18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (18a or 18b) - do not abbreviate or combine names

| 18a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 18c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 18d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 18e. TYPE OF ORGANIZATION | 18f. JURISDICTION OF ORGANIZATION | 18g. ORGANIZATIONAL ID#, if any  ☐ NONE |

19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (19a or 19b) - do not abbreviate or combine names

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 19c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 19d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 19e. TYPE OF ORGANIZATION | 19f. JURISDICTION OF ORGANIZATION | 19g. ORGANIZATIONAL ID#, if any  ☐ NONE |

20. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (20a or 20b)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| GEITHNER | TIMOTHY | F | | |
| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVE., NW | WASHINGTON | DC | 20220- | USA |

21. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (21a or 21b)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Shawn Talbot Rice |
| 928-422-4035 |

| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Shawn Talbot Rice |
| PO Box 700#81 |
| 168 West Lewis |
| Ash Fork, AZ 86320 |
| USA |

DOCUMENT NUMBER: 14281120002
FILING NUMBER: 07-7130840404
FILING DATE: 09/28/2007 14:03
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| RICE | SHAWN | TALBOT | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO BOX 700#81 | ASH FORK | AZ | 86320 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | |
| Rice | Shawn | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| PO Box 700#81 | Ash Fork | AZ | 86320 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**
This UCC Financing Statement is an original filing completed at California State for Shawn Talbot Rice the Secured Party, Creditor for Transmitting Utility SHAWN TALBOT RICE, SHAWN T. RICE, SHAWN RICE, submitted for filing into the Commercial Registry Vessel #*******55.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

☐ **6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |||
|---|---|---|
| 9a. ORGANIZATION'S NAME |||
| OR 9b. INDIVIDUAL'S LAST NAME<br>RICE | FIRST NAME<br>SHAWN | MIDDLE NAME, SUFFIX<br>TALBOT |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 14281120002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |||||
|---|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | | STATE POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS  ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME ||||
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME<br>Rice | FIRST NAME<br>Shawn | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS<br>PO Box 700#81 | CITY<br>Ash Fork | STATE  POSTAL CODE<br>AZ    86320 | COUNTRY<br>USA |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**15.** Name and address of RECORD OWNER of above-described real estate
(if Debtor does not have a record interest):

**16.** Additional collateral description:

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☑ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

 

**Non-Subscriber Login Confirmation**

You are logged into UCC Connect as a Non-Subscriber. All of your transactions will be tracked in your BRIEFCASE for later retrieval.

Your SESSION CODE is: **092509OPKMME**

Please print this screen or save the code for future reference

To begin a transaction, select the UCC tab above.

To view and manage your account, select the ACCOUNTS tab above.

For instructions on using UCC Connect, select the HELP tab above.

 

Change Filing Confirmation Page

Uniform Commercial Code
P.O. Box 942835
Sacramento, CA 94235-0001



California Secretary of State

Document Number: 22442700003
Filing Number: 0972092805

You will be notified via email when your filing has been imaged. Thank you for allowing us to assist you with your request.

If you wish to file another document, please click here

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SHAWN RICE
217-853-5726

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
SHAWN TALBOT RICE
168 WEST LEWIS
PO BOX 700 #81
ASH FORK, AZ 86320
USA

DOCUMENT NUMBER: 21954180003
FILING NUMBER: 09-72050803
FILING DATE: 08/07/2009 18:31
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
07-7130840404

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☒ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE UNITED STATES OF AMERICA | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 950 PENNSYLVANIA AVE NW, RM 2616 | WASHINGTON | DC | 20530- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | MUNICIPAL CORP | Incorporation Act of 187 | 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 ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All Contract obligations, Debt obligations and/or Tax liabilities for the birth state, STATE OF CALIFORNIA BIRTH CERTIFICATE file number 62-326577, local registration and certificate number 8009 23812 and/or SOCIAL SECURITY TRUST 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, owed and/or owing for
all Corpus and Res assets held by Security Interests in trust(s), by account(s) and/or instrument(s) by the THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and/or THE FEDERAL RESERVE BANK and/or it's Subsidiaries for the SHAWN TALBOT RICE DECEDENTS ESTATE and/or TRUST.

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Rice | Shawn | | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**12. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
07-7130840404

**13. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

13a. ORGANIZATION'S NAME

OR 13b. INDIVIDUAL'S LAST NAME: Rice | FIRST NAME: Shawn | MIDDLE NAME, SUFFIX

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 21954180003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (14a or 14b) - do not abbreviate or combine names

14a. ORGANIZATION'S NAME: BUREAU OF PUBLIC DEBT - OFFICE OF CHIEF COUNSEL

OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

14c. MAILING ADDRESS: 799 9th ST, NW | CITY: WASHINGTON | STATE: DC | POSTAL CODE: 20551-0001 | COUNTRY: USA

14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION: NATIONAL CORP | 14f. JURISDICTION OF ORGANIZATION: 48, 48 Stat. 112 | 14g. ORGANIZATIONAL ID#, if any ☐ NONE

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (15a or 15b) - do not abbreviate or combine names

15a. ORGANIZATION'S NAME: THE STATE OF CALIFORNIA

OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

15c. MAILING ADDRESS: 1500 11th Street | CITY: SACRAMENTO | STATE: CA | POSTAL CODE: 95814- | COUNTRY: USA

15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION: MUNICIPAL CORP | 15f. JURISDICTION OF ORGANIZATION: Incorporation Act of 187 | 15g. ORGANIZATIONAL ID#, if any ☐ NONE

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (16a or 16b) - do not abbreviate or combine names

16a. ORGANIZATION'S NAME

OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ☐ NONE

**17. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

17a. ORGANIZATION'S NAME

OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**18. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

18a. ORGANIZATION'S NAME

OR 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

FILING OFFICE COPY