UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>         Plaintiff, )<br>vs. )<br>SHAWN RICE, )<br>         Defendant, )<br>_____ ) | 2:09-cr-78-JCM-RJJ<br><br><u>ORDER SCHEDULING A HEARING</u> |

This matter was submitted to the undersigned Magistrate Judge on a *pro se* filing by Defendant Shawn Rice titled Notice of Termination of Standby Counsel for Cause (#80).

The Court having reviewed the Notice (#80) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing on the Notice (#80) is scheduled for October 26, 2009, at 9:45 AM in LV courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Defendant Shawn Rice and attorney Michael P. Kimbrell are required to be present in Court for this hearing.

DATED this  9th  day of October, 2009.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge