✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 27 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) 2:09-CR-078-JCM (RJJ)
)
SAMUEL DAVIS, )
)
Defendant. )

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT SAMUEL DAVIS

On March 28, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1), based upon the plea of guilty by defendant SAMUEL DAVIS to the criminal offenses, forfeiting specific property alleged in the Indictment and in the Bill of Particulars, namely $1,373.35 in United States Currency seized from Wells Fargo Bank, Account 250-2159375 in the name of Specialty Management, Inc., 530 Las Vegas Boulevard South, Las Vegas, NV 89101; and $1,224.15 in United States Currency seized from J.P. Morgan Chase Bank, Account 634094312 in the name of SIMPE, LTA, 31 Butterfield Road, Chino Valley, AZ, 86323, but denying an *in personam* criminal forfeiture money judgment of $1,290,000.00 in United States Currency, and shown by the United States to have a requisite nexus to the offense to which defendant SAMUEL DAVIS pled guilty. #1, #64, #191, #192.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture, ~~including the *in personam* criminal forfeiture money judgment of $1,290,000.00~~, is final as to defendant SAMUEL DAVIS.

DATED this 27th day of Oct., 2011.

UNITED STATES DISTRICT JUDGE