# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:09-CR-078-JCM (RJJ) |
| ) | |
| SAMUEL DAVIS, ) | |
| ) | |
| Defendant. ) | |

**AMENDED FINAL ORDER OF FORFEITURE AS TO DEFENDANT SAMUEL DAVIS**

On March 28, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 18, United States Code, Section 982(a)(1), based upon the plea of guilty by defendant SAMUEL DAVIS to criminal offenses, forfeiting specific property alleged in the Indictment and in the Bill of Particulars, but denying an *in personam* criminal forfeiture money judgment of $1,290,000.00 in United States Currency, and shown by the United States to have the requisite nexus to the offenses to which defendant SAMUEL DAVIS pled guilty. #1, #64, #191, #192.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C)

and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p):

an *in personam* criminal forfeiture money judgment of $1,290,000.00, including:

a. $1,373.35 in United States Currency seized from Wells Fargo Bank, Account 250-2159375 in the name of Specialty Management, Inc., 530 Las Vegas Boulevard South, Las Vegas, NV 89101; and

b. $1,224.15 in United States Currency seized from J.P. Morgan Chase Bank, Account 634094312 in the name of SIMPE, LTA, 31 Butterfield Road, Chino Valley, AZ, 86323.

DATED this 9th day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

2

# PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Amended Final Order of Forfeiture as to Defendant Samuel Davis on November 9, 2011, by the below identified method of service:

<u>CM/ECF</u>:

Todd M Leventhal
Flangas & Leventhal
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
*Counsel for Defendant Samuel Davis*

Rebecca A Rosenstein
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: Rebecca_Rosenstein@fd.org
*Counsel for Defendant Samuel Davis*

Michael P. Kimbrell
Michael P. Kimbrell, LTD
523 S. 8th Street
Las Vegas, NV 89101-7002
Email: mpkimbrell@aol.com
*Counsel for Defendant Shawn Rice*

<u>BY REGULAR MAIL</u>:

Shawn Rice PRO SE
PO Box 700, #81
Ash Fork, AZ 86320
*Pro Se Defendant*

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal