UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

District No. 2:09-CR-078-JCM-GWF

Shawn Rice,

    Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On May 31st, 2013 this court received a transcript order form dated May 31st, 2013 requesting a Transcript of the Motion hearing held on October 26th, 2009 from Mr. William Gamage, CJA Counsel for Defendant Shawn Rice, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defendant Counsel William Gamage.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 12 day of July, 2013.

_____
James C. Mahan
United States District Judge